# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MATTHEW J. MADAJSKI,

      Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.
_____/

Case No. 12-10656
Hon. Gerald E. Rosen
Magistrate Judge Mona K. Majzoub

## JUDGMENT OF DISMISSAL

      At a session of said Court, held in the U.S. Courthouse, Detroit, Michigan on   March 25, 2013

      PRESENT:   Honorable Gerald E. Rosen
                           Chief Judge, United States District Court

The Court having this day entered an order adopting the Magistrate Judge's Report and Recommendation, denying Plaintiff's motion for summary judgment, and granting Defendant's motion for summary judgment,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case be, and hereby is, DISMISSED in its entirety with prejudice.

                                    s/Gerald E. Rosen
                                    Chief Judge, United States District Court

Dated: March 25, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 25, 2013, by electronic and/or ordinary mail.

                                    s/Julie Owens
                                    Case Manager, (313) 234-5135