UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW J. MADAJSKI,

        Plaintiff,

v.

        Case No. 12-10656
        Hon. Gerald E. Rosen
        Magistrate Judge Mona K. Majzoub

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

## JUDGMENT OF DISMISSAL

        At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on    March 25, 2013

        PRESENT:   Honorable Gerald E. Rosen
                            Chief Judge, United States District Court

       The Court having this day entered an order adopting the Magistrate Judge's Report and Recommendation, denying Plaintiff's motion for summary judgment, and granting Defendant's motion for summary judgment,

       NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case be, and hereby is, DISMISSED in its entirety with prejudice.

                            s/Gerald E. Rosen
                            Chief Judge, United States District Court

Dated: March 25, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 25, 2013, by electronic and/or ordinary mail.

                            s/Julie Owens
                            Case Manager, (313) 234-5135